IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01753-REB-MEH

STEPHEN JONES,

    Plaintiff,

v.

MATHESON POSTAL SERVICES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2008.**

    Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Protective Order [Filed January 17, 2008; Docket #13] is **granted**. The Court will sign the Protective Order and enter it on the record.