IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01753-REB-MEH

STEPHEN JONES,

    Plaintiff,

v.

MATHESON POSTAL SERVICES, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2008.**

    Based upon the settlement reached in this case, Defendant's Motion to Amend Scheduling Order Deadlines [Filed February 15, 2008; Docket #22] and Defendant's Motion to Compel Discovery Pursuant to F.R.C.P. 37(a)(3)(B)(iv) [Filed February 15, 2008; Docket #24] are **denied as moot**.

    Dismissal papers are to be submitted on or before **March 15, 2008**.