# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-01753-REB-MEH

STEPHEN JONES,

    Plaintiffs,

v.

MATHESON POSTAL SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Motion For Dismissal With Prejudice** [#32], filed March 27, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#32], filed March 27, 2008, is **GRANTED**;

2. That the Trial Preparation Conference set for October 31, 2008, is **VACATED**;

3. That the jury trial set to commence November 17, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 27, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**